**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MICHAEL JACOBSON,<br><br>   *Plaintiff*,<br><br> v.<br><br>CHARM CITY AVIATION, LLC, et al.<br><br>   *Defendants*. | No. 24-cv-10013 (MEF)(MAH)<br><br>**ORDER** |

United States Magistrate Judge Michael A. Hammer has issued a Report and Recommendation advising the Court to grant the Plaintiff's motion to remand.  See ECF 23.

The Report and Recommendation is thorough and well reasoned.  No party has objected to any part of it, and now the deadline for objections has passed.

Against this backdrop and in light of the standard of review here, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017), the Court adopts the Report and Recommendation.

The motion to remand, see ECF 8, is granted, and the motion to dismiss, see ECF 15, is terminated.  Each party shall bear its own costs.

IT IS on this 17th day of June, 2025, so **ORDERED.**

             /s/ Michael E. Farbiarz
             _____
             Michael E. Farbiarz, U.S.D.J.